**James LOCKHART, Plaintiff—Appellant,**

v.

**UNITED STATES of America; et al., Defendants—Appellees.**

No. 06–35764.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 20, 2007 *.

Filed Feb. 26, 2007.

James Lockhart, Seattle, WA, pro se.

------

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Philip H. Lynch, Esq., USTA–Office of the U.S. Attorney, Tacoma, WA, for Defendants–Appellees.

Before: GOODWIN, TASHIMA and THOMAS, Circuit Judges.

MEMORANDUM **

A review of the record, the opening brief, and the response to this court's order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

------

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.